No. 122, Misc.   MARELIA *v.* BURKE, WARDEN.   C. A. 3d
Cir.   Certiorari denied.

No. 136, Misc.   DUNBAR *v.* MISSOURI.   Supreme Court
of Missouri.   Certiorari denied.

No. 142, Misc.   PURCILLA ET AL. *v.* MICHIGAN.   Su-
preme Court of Michigan.   Certiorari denied.

No. 144, Misc.   BOWEN *v.* MARYLAND.   Court of Ap-
peals of Maryland.   Certiorari denied.

No. 151, Misc.   DEBRUHL *v.* UNITED STATES.   United
States Court of Appeals for the District of Columbia Cir-
cuit.   Certiorari denied.   *Henry Lincoln Johnson, Jr.*
and *Frank D. Reeves* for petitioner.   *Acting Solicitor
General Stern, Assistant Attorney General Murray* and
*Beatrice Rosenberg* for the United States.

No. 152, Misc.   BANKS *v.* NATIONAL ORGANIZATION OF
MASTERS, MATES AND PILOTS OF AMERICA, INC.   C. A. 5th
Cir.   Certiorari denied.   *J. Tom Watson* for petitioner.
*J. Albert Woll, James A. Glenn, Herbert S. Thatcher* and
*John R. Foley* for respondent.

No. 163, Misc.   CALLAHAN *v.* GEORGIA.   Supreme
Court of Georgia.   Certiorari denied.   *Oliver A. Seaver*
for petitioner.

No. 165, Misc.   SCHULTZ *v.* PENNSYLVANIA.   Supreme
Court of Pennsylvania, Western District.   Certiorari
denied.